COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
PAUL SILVA

FILED

DEC 1 – 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL ALEXANDRE SILVA,<br><br>Defendant. | NO. 4:06-CR-0745 CW<br><br>STIPULATION AND ORDER REQUESTING ADDITIONAL TIME TO SUBMIT TITLE REPORT FOR PROPERTY BOND |

Defendant PAUL SILVA, by and through his attorney, Kellin Cooper, and the United States, by and through Assistant United States Attorney Kyle Waldinger, hereby stipulate and agree that defendant may submit a title report to complete his property bond by December 8, 2006. Mr. Cooper did not realize at the time Mr. SILVA's property bond was filed that a title search was also required.

DATED: November 30, 2006         /s/ KELLIN R. COOPER
                                 Attorney for Defendant PAUL SILVA

DATED: November 30, 2006         /s/ KYLE F. WALDINGER
                                 Assistant United States Attorney

Based on the reasons provided in the stipulation of the parties above, the Court hereby orders that defendant submit a title report to the Court before December 8, 2006.

DATED: 12-1-06                   WAYNE D. BRAZIL
                                 United States Magistrate Judge

cc: WDB's Stats Copy to parties Via ECF
    Pretrial, Financial, Sheilah