1  DAVID W. SHAPIRO SBN 219265
   BOIES, SCHILLER & FLEXNER LLP
2  1999 HARRISON STREET
   SUITE 900
3  OAKLAND, CA 94612
   Telephone: (510) 874-1000
4  Facsimile:  (510) 874-1460

5  Attorney for Defendant
   Paul Alexander Silva

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No. CR-06-0745 CW |
|---|---|
| Plaintiff, | |
| vs. | |
| | **STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF COUNSEL** |
| PAUL ALEXANDER SILVA | |
| Defendant. | |

1

1  IT IS HEREBY STIPULATED AND AGREED between the undersigned that David
2  W. Shapiro of the firm Boies, Schiller & Flexner LLP is substituted in place of Kellin R.
3  Cooper as counsel for defendant Paul Alexander Silva.

5  Date: January 19, 2007            BOIES, SCHILLER & FLEXNER LLP

8                                    By: _____
                                          DAVID W. SHAPIRO

11 Date: January 19, 2007            COOPER LAW OFFICES

13                                   By: _____
                                          KELLIN R. COOPER

16 Date: January 19, 2007

18                                   By: _____
                                          PAUL ALEXANDER SILVA

22 PURSUANT TO STIPULATION, IT IS SO ORDERED.

24 Date: _____           By: _____
                                          Honorable Claudia Wilken
                                          United States District Judge

2

*SUBSTITUTION OF COUNSEL*

1  IT IS HEREBY STIPULATED AND AGREED between the undersigned that David
2  W. Shapiro of the firm Boies, Schiller & Flexner LLP is substituted in place of Kellin R.
3  Cooper as counsel for defendant Paul Alexander Silva.
4
5
6  Date: January 19, 2007                BOIES, SCHILLER & FLEXNER LLP
7
8                                        By: _____
9                                             DAVID W. SHAPIRO
10
11 Date: January 19, 2007                COOPER LAW OFFICES
12
13                                        By: _____
14                                             KELLIN R. COOPER
15
16 Date: January 19, 2007
17
18                                        By: _____
19                                             PAUL ALEXANDER SILVA
20
21
22 PURSUANT TO STIPULATION, IT IS SO ORDERED.
23       1/24/07
24 Date: _____          By: _____
                                             Honorable Claudia Wilken
25                                           United States District Judge
26
27
28

SUBSTITUTION OF COUNSEL