UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s).<br><br>v.<br><br>PAUL ALEXANDRE SILVA,<br>Defendant(s).<br>_____/ | No. CR06-0745 CW  (WDB)<br><br>**ORDER CONTINUING HEARING** |

The court has received defendant's letter, dated and filed April 9, 2007.

Pursuant to the parties' request the court CONTINUES the hearing scheduled for Tuesday, April 17, 2007, at 11:00 a.m. **to Monday, May 21, 2007, at 11:00 a.m.**

IT IS SO ORDERED.

DATED: April 10, 2007

_____
Wayne D. Brazil
United States Magistrate Judge

Copies to:
All parties,
CW, WDB

N:\ORDERS\Criminal Miscellaneous\SILVA - order continuing hearing.frm    1