SCOTT N. SCHOOLS (SC 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6830
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 06-0745 CW |
| )<br>Plaintiff, ) | STIPULATION TO AMEND BRIEFING |
| ) | SCHEDULE AND ORDER |
| v. ) | |
| ) | |
| PAUL SILVA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

     It is hereby stipulated by and between counsel for the United States, Assistant U.S. Attorney Kyle F. Waldinger, and counsel for defendant Paul Silva, David W. Shapiro, that, subject to the Court's approval, the briefing schedule for the defendant's pending motion to dismiss be AMENDED to allow the government to file its response to that motion on May 4, 2007 and to allow the defendant to file his reply brief on May 15, 2007.  The motions hearing would continue to be set for May 30, 2007 at 2:30 p.m.

     The parties request this amendment because the parties believe that they have reached an agreement with respect to the disposition of this matter.  Accordingly, the parties jointly request that the Court place this matter on its calendar for entry of plea on April 25, 2007 at 2:30 p.m. Assuming that entry of plea goes forward on that date, the parties will request that the Court

STIPULATION TO AMEND BRIEFING SCHEDULE AND [PROPOSED] ORDER
CR 06-0745 CW

vacate the pending May 30, 2007 motion hearing date and the proposed briefing schedule at that time.

SO STIPULATED.

Dated this 10th day of April, 2007

/S/
KYLE F. WALDINGER
Assistant United States Attorney

SO STIPULATED,

Dated this 10th day of April, 2007

/S/
DAVID W. SHAPIRO
Attorney for defendant Paul Silva

**O R D E R**

GOOD CAUSE APPEARING,

IT IS ORDERED that the briefing schedule be AMENDED to allow the government to file its response to the defendant's pending motion to dismiss on May 4, 2007 and the defendant to file his reply brief on May 15, 2007. The Court also ORDERS that this matter be placed on its calendar for April 25, 2007 at 2:30 p.m. for entry of plea.

Dated this 11th day of April, 2007

*[signature: Claudia Wilken]*

HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

STIPULATION TO AMEND BRIEFING SCHEDULE AND [PROPOSED] ORDER
CR 06-0745 CW                                    2