1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  KYLE F. WALDINGER (ILSB 6238304)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone: (415) 436-6830
7      Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          OAKLAND DIVISION

12
   UNITED STATES OF AMERICA,        )   CR 06-0745 CW
13                                  )
              Plaintiff,            )   STIPULATION AND [PROPOSED]
14                                  )   ORDER TO VACATE HEARING
        v.                          )   DATE
15                                  )
   PAUL SILVA,                      )
16                                  )
              Defendant.            )
17 _____ )

18      It is hereby stipulated by and between counsel for the United States, Assistant U.S.

19 Attorney Kyle F. Waldinger, and counsel for defendant Paul Silva, David W. Shapiro,

20 that the motions hearing date currently set for May 30, 2007 at 2:30 p.m. for the

21 defendant's pending motion to dismiss be VACATED.  The parties also request that the

22 briefing schedule related to that pending motion to dismiss be VACATED.  These dates

23 may be removed from this Court's calendar because the defendant Paul Silva entered a

24 / / /

25 / / /

26 / / /

27 / / /

28 STIPULATION AND [PROPOSED] ORDER TO
   VACATE HEARING DATE [CR 06-0745 CW]

plea of guilty on April 26, 2007.  Sentencing is now set for August 1, 2007.

SO STIPULATED.

Dated this 27th day of April, 2007	SCOTT N. SCHOOLS
	United States Attorney

	_____/S/_____
	KYLE F. WALDINGER
	Assistant United States Attorney

SO STIPULATED,

Dated this 27th day of April, 2007

	_____/S/_____
	DAVID W. SHAPIRO
	Attorney for defendant Paul Silva

# O R D E R

GOOD CAUSE APPEARING,

　　　　IT IS ORDERED that the hearing date of May 30, 2007 for the defendant's pending motion to dismiss, and the briefing schedule related to that motion, are hereby VACATED.

　　　　Dated this  1st  day of  May , 2007

	_____
	HONORABLE CLAUDIA WILKEN
	UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO
VACATE HEARING DATE [CR 06-0745 CW]       2